# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN KYLE WEATHERMON, <br><br> Petitioner, <br><br> v. <br><br> MIKE POULOS, Warden, et al., <br><br> Respondents. | NO. CV 05-0773 AHS (FMO) <br><br> **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to the Court's Order of July 24, 2009, the Court dismissed all the claims, except for Ground 1(6), in petitioner's First Amended Petition as procedurally defaulted. On November 10, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that Ground 1(6) be dismissed with prejudice. Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a de novo determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, based on the foregoing, IT IS ORDERED THAT judgment shall be entered dismissing the action with prejudice.

DATED: February 1, 2010

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE