# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN KYLE WEATHERMON, ) | NO. CV 05-0773 AHS (FMO) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| MIKE POULOS, Warden, et al., ) | |
| Respondents. ) | |

Pursuant to the Court's Order of July 24, 2009, and the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 1, 2010

*Alicemarie H. Stotler*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE